**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

GURPREET SINGH,                           )
                                          )
    Petitioner,                        )
                                          )
v.                                        )
                                          )    Case No. CIV-26-416-SLP
MARKWAYNE MULLIN, et al.,                 )
                                          )
    Respondents.                       )

**O R D E R**

Before the Court is Petitioner's Emergency Motion to Enforce the Court's Order [Doc. No. 19].  Petitioner requests that the Court order the Respondents to immediately release him as Respondents did not provide a bond hearing within seven days of the Court's June 1, 2026 Order [Doc. No. 19], or otherwise release him upon expiration of the seven days as required by the Order.  On June 16, 2026, Respondents filed a response to the motion indicating that Petitioner was released from the custody of Respondents that same day.  *See* Resp. [Doc. No. 21] at 2; [Doc. No. 21-1].[1]  Accordingly, the Court finds that Petitioner's Motion is moot.

---

[1] In the Response, counsel for Respondents represents "that the Immigration Court rescheduled Petitioner's bond hearing for after the deadline [of June 8, 2026]." *See* Resp. [Doc. No. 21] at 2. The Court's Order stated "Respondents are ORDERED to provide Petitioner with a bond hearing pursuant to 8 U.S.C. § 1226(a) within seven (7) days of this Order, or otherwise release Petitioner if he has not received a lawful bond hearing within that period." *See* Order [Doc. No. 17] at 4. Respondent's filing provides no indication as to why the Court's Order was not complied with in accordance with the clearly established deadlines.  Respondents are admonished that the Court expects compliance with its deadlines absent relief by the Court.

IT IS THEREFORE ORDERED that Petitioner's Emergency Motion to Enforce the Court's Order [Doc. No. 19] is DENIED as moot.

IT IS SO ORDERED this 17th day of June, 2026.

SCOTT L. PALK
CHIEF UNITED STATES DISTRICT JUDGE